| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ALADRIAN WASHINGTON, §
§
      Plaintiff, §
§
*versus* §   CIVIL ACTION NO.1:22-CV-600
§
FL TRANSPORTATION, INC., §
§
      Defendant. §

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order signed on June 24, 2024 (#28), granting Defendant FL Transportation's Motion for Summary Judgment, the court enters final judgment in favor of Defendant FL Transportation. Plaintiff Aladrian Washington shall take nothing by her suit.

It is further ordered that each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 26th day of June, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE